THOMAS H. NIENOW (136454)
*tnienow@nielsenhaley.com*
NIELSEN, HALEY & ABBOTT LLP
100 Smith Ranch Road, Suite 350
San Rafael, California 94903
Telephone: (415) 693-0900
Facsimile: (415) 693-9674

Attorneys for Defendant
HUDSON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, a Michigan corporation<br><br>Plaintiff,<br><br>v.<br><br>HUDSON INSURANCE COMPANY, a Delaware corporation, SIERRA LOG HOMES, a California corporation, LARRY TRIMBOLI, and SHERI TRIMBOLI,<br><br>Defendants. | Action No.: 2:15-cv-00869-TLN-DAD<br><br>STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT; ORDER . |

Pursuant to Local Rules 143(a) and 144(a), plaintiff Atain Specialty Insurance Company and defendant Hudson Insurance Company, through their respective counsel, hereby stipulate that Hudson shall have a 21-day extension to and including June 9, 2015, to respond to Atain's complaint in this matter.

**IT IS SO STIPULATED.**

                                              BOORNAZIAN, JENSEN & GARTHE

May 12, 2015                    By:  /s/ Thomas E. Mulvihill
                                                    Thomas E. Mulvihill
                                                      Attorneys for Plaintiff
                                                      ATAIN SPECIALTY INSURANCE COMPANY

                                            NIELSEN, HALEY & ABBOTT LLP

May 12, 2015                    By:  /s/ Thomas H. Nienow
                                                      Thomas H. Nienow
                                                       Attorneys for Defendant
                                                       HUDSON INSURANCE COMPANY

**IT IS SO ORDERED.**

Dated: May 12, 2015

                                          Troy L. Nunley
                                          United States District Judge