THOMAS E. MULVIHILL, ESQ. (SBN 129906)
TAMIKO A. DUNHAM, ESQ. (SBN 233455)
ROSEANNE C. LAZZAROTTO, ESQ. (SBN 251001)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Plaintiff ATAIN SPECIALTY
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY,<br><br>          Plaintiff,<br>v.<br><br>HUDSON INSURANCE COMPANY, et al.,<br><br>          Defendants. | Case No.: 2:15-cv-00869-TLN-DAD<br><br>**ORDER ON STIPULATION EXTENDING DEADLINES FOR THE PARTIES TO MEET AND CONFER AND FILE A JOINT STATUS REPORT**<br><br>Action Filed:  April 20, 2015 |

The Court having reviewed the foregoing Stipulation and good cause appearing therefor, it is hereby ORDERED that:

The time for the parties to confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure (and all related dates under Rule 26(a) and (d)) and to confer regarding the matters set forth in the Order Requiring Joint Status Report shall be extended for 28 days to July 10, 2015.

The time for the parties to file a Joint Status Report shall be extended for 28 days to July 24, 2015.

**IT IS SO ORDERED**

Dated: June 25, 2015

_____
Troy L. Nunley
United States District Judge

-1-

Order on Stipulation Extending Deadline for the Parties to Meet and Confer and File a Joint Status Report
U.S.D.C. Eastern District Case No. 2:15-cv-00869-TLN-DAD