THOMAS E. MULVIHILL, ESQ. (SBN 129906)
TAMIKO A. DUNHAM, ESQ. (SBN 233455)
ROSEANNE C. LAZZAROTTO, ESQ. (SBN 251001)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Plaintiff ATAIN SPECIALTY
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ATAIN SPECIALTY INSURANCE COMPANY, | ) ) | Case No.: 2:15-cv-00869-TLN-DAD |
|---|---|---|
| Plaintiff, | ) ) ) | **ORDER ON STIPULATION EXTENDING DEADLINES FOR THE PARTIES TO MEET AND CONFER AND FILE A JOINT STATUS REPORT** |
| v. | ) ) | |
| HUDSON INSURANCE COMPANY, et al., | ) ) | Action Filed: April 20, 2015 |
| Defendants. | ) ) | |

The Court having reviewed the foregoing Stipulation and good cause appearing therefor, it is hereby ORDERED that:

The time for the Parties to file a Joint Status Report shall be extended for 30 days to August 24, 2015.

The time for the Parties to exchange initial disclosures pursuant to Rule 26(a)(1)(C) of the Federal Rules of Civil Procedure shall be extended for 30 days to August 24, 2015.

**IT IS SO ORDERED.**

Dated: July 23, 2015

_____
Troy L. Nunley
United States District Judge

-1-